## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAKHTAR YAHIA NAJI AL-WRAFIE, )
(ISN 117)                      )
        Petitioner,  )
                      )

v.                             )    Civil Action No. 09-cv-2368 (RCL)
                      )

BARACK OBAMA,                  )
President of the United States, )
*et al.*,                       )
                      )
        Respondents.   )
                      )

**FILED**

**JUN - 7 2011**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## [PROPOSED] ORDER

It is hereby **ORDERED** that Respondents' Unopposed Motion For Leave to Complete

Production of Additional Evidence Out of Time, filed in the above-captioned case on June 2,

2011, is **GRANTED**.

Date:  6/6/11

                  Royce C. Lamberth
The Honorable Royce C. Lamberth
United States District Judge